KIM WILLIAMS et al., Respondents, v RACHEL LECHASE et al., Appellants, and BIBBY ELECTRIC, Respondent.

Submitted March 14, 2005; decided June 7, 2005

Motion, insofar as it seeks leave to appeal as against Bibby Electric, denied; motion, insofar as it seeks leave to appeal as

against the plaintiffs, dismissed upon the ground that as to them, the orders sought to be appealed from do not finally determine the action within the meaning of the Constitution.